# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLY RATZLAFF BORDEN, § § Plaintiff § § vs. § § THE GEO GROUP, INC., § § Defendant. § | Case No. 5:20-CV-01275-PRW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party is to bear her/its own fees and costs.

**Submitted this 20th day of July 2021.**

*/s/ Laura Talbert*\*
Joshua Stockton, OBA # 21833
Laura Talbert, OBA # 32670
**STOCKTON TALBERT, PLLC**
1127 NW 14th Street
Oklahoma City, OK 73106
Phone: (405) 225.1200
Email: jstockton@stocktontalbert.com
Email: ltalbert@stocktontalbert.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Jessica L. Craft*
Eva C. Madison, OBA No. 18103
**LITTLER MENDELSON, P.C.**
217 E. Dickson Street
Suite 204
Fayetteville, AR 72701
479.582.6100
479.582.6111 (Fax)
emadison@littler.com
and
Jessica L. Craft, OBA No. 31126
**LITTLER MENDELSON, P.C.**
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400
713.951.9212 (Fax)'
jcraft@littler.com
**ATTORNEYS FOR DEFENDANT THE GEO GROUP, INC.**
*\*Signed with Permission (JLC)*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2021 the foregoing document was electronically filed in the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

Joshua Stockton
Laura Talbert
Stockton Talbert, PLLC
1127 NW 14th Street
Oklahoma City, OK 73106
**Attorneys for Plaintiff**

                                        */s/ Jessica L. Craft*
                                        Jessica L. Craft

4829-8563-9665.1 / 059218-1434

**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** –Page 2